UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DOUGLAS G. BEZIO<br>Plaintiff,<br><br>v.<br><br>SCOT E. DRAEGER, et al.<br>Defendant, | )<br>)<br>)<br>)  Civil No. 2:12-cv-396-NT<br>)<br>)<br>) |

## JUDGMENT OF DISMISSAL

Pursuant to the Order on Defendants' Motion to Dismiss and Compel Arbitration dated July 16, 2013, the plaintiff's complaint is dismissed. JUDGMENT of dismissal is hereby entered as to defendants Scot E. Draeger, John M. R. Patterson, Caleb C. B. Dubois, and Bernstein, Shur, Sawyer & Nelson, P.A.

CHRISTA K. BERRY
CLERK

By:   /s/ Devon F. Richards
      Deputy Clerk

Dated: July 16, 2013